### RAWSON agt. BROUGHTON

William Rawson plaint. ag$^t$ John Broughton in an action of the case for not paying the Summe of Eight pound in money due by bill.

dat<sup>d</sup> 16th of April. 1678. under the hand of said Broughton with damages: . . . The Jury . . . found for the plaint. Eight pounds money and costs of Court allowed thirty four Shillings ten pence.

Execution issued 6° Nov<sup>r</sup> 1678.